UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY S. MANNING,

      PLAINTIFF,

v.

      CASE NO. 2:15-CV-2316
      CHIEF JUDGE EDMUND A. SARGUS, JR.
      MAGISTRATE JUDGE KIMBERLY A. JOLSON

COMMISSIONER OF
SOCIAL SECURITY,

      DEFENDANT.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 7, 2016. (ECF No. 21) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's statement of errors is **SUSTAINED** and this case is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), Sentence Four.

**IT IS SO ORDERED.**

9-2-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE